| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

| | | |
|---|---|---|
| JASON COLBY CALLICOTTE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO.  1:24-CV-234 |
| | § | |
| BRYAN COLLIER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Jason Colby Callicotte, proceeding *pro se* and *in forma pauperis*, brought the above-styled lawsuit.  On June 17, 2025, the magistrate judge denied plaintiff's motion for copies of filed documents (#34).  Plaintiff filed a motion for reconsideration of the order (#35).

### Analysis

Plaintiff requests relief from the order denying his motion for printed copies of his filed documents.  Plaintiff contends he is entitled to copies at government expense pursuant to 28 U.S.C. § 1915(c).

Rule 60(b), FED. R. CIV. P., provides in pertinent part:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:  (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud ..., misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

Title 28 U.S.C. § 1915)(c) provides for payment by the United States of expenses for records on appeal in certain circumstances not present in this case.  Here, plaintiff's lawsuit remains pending and no appeal has been filed.  Plaintiff has failed to set forth a meritorious ground warranting relief from the order.  Accordingly, plaintiff's motion for relief should be denied.

**ORDER**

For the reasons set forth above, plaintiff's motion for relief from order lacks merit and should be denied.  It is

**ORDERED** that plaintiff's motion for relief from order (#35) is **DENIED**.


SIGNED at Beaumont, Texas, this 26th day of February, 2026.


_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE